**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

|  |  |
|---|---|
| Plaintiff (s),<br><br>vs.<br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.   CV 14-00569 RLP |

**CONSENT TO JURISDICTION BY**
**UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(c)(1), the undersigned party voluntarily consents to have the assigned United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

_____
Name of Party(s)

_____
Signature of Attorney or Pro Se Party                                                                  Date

--------------------------------------------------------------------------------------------------------------------

**REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

Pursuant to 28 U.S.C. § 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

_____
Name of Party(s)

_____
Signature of Attorney or Pro Se Party                                                                  Date

--------------------------------------------------------------------------------------------------------------------

**Return this form within 21 days of appearance.**  After completing this form, parties may e-mail this form in pdf format to consent@hid.uscourts.gov, or may mail it to U. S. District Court, 300 Ala Moana Blvd., Room C-338, Honolulu, HI, 96850, Attention: Consent Clerk.  **Do not e-file this document.**